55 A.3d 725

IN THE MATTER OF THOMAS DESENO, AN ATTORNEY
AT LAW (ATTORNEY NO. 033241990).

November 28, 2012.

## ORDER

This matter having been duly presented to the Court on the motion for reinstatement to practice filed by **THOMAS DeSENO,** who was admitted to the bar of this State in 1990, and who has been temporarily suspended from the practice of law since June 11, 2012;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative and actual costs assessed in DRB 08–367 and DRB 10–247;

And good cause appearing;

It is ORDERED that the motion is granted, and **THOMAS DeSENO** is reinstated to the practice of law, effective immediately.